*Harris,* Assistant Attorney General, for respondent.

No. 746.   CORBITT COMPANY *v.* UNITED STATES.   January 20, 1947.   Petition for writ of certiorari to the Court of Claims denied.   *Claude M. Houchins* for petitioner. *Acting Solicitor General Washington, Assistant Attorney General Sonnett* and *Paul A. Sweeney* for the United States.

No. 747.   JACKSON *v.* CARTER OIL Co. ET AL.   January 20, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied.   *Finis E. Riddle* and *Joseph T. Dickerson* for petitioner.   *L. G. Owen, Forrest M. Darrough, W. T. Anglin* and *W. M. Haulsee* for respondents.

No. 764.   INTERSTATE HOTEL Co. *v.* REMICK MUSIC CORP.;

No. 765.   PEONY PARK, INC. *v.* M. WITMARK & SONS;

No. 766.   Fox *v.* CHAPPELL & Co., INC.; and

No. 767.   INTERSTATE HOTEL Co. *v.* KERN ET AL.   January 20, 1947.   Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *William J. Hotz* for petitioners.   *Ralph E. Svoboda* for respondents.   Reported below: 157 F. 2d 744.

No. 771.   VANCE *v.* AMERICAN SOCIETY OF COMPOSERS, AUTHORS & PUBLISHERS ET AL.   January 20, 1947.   Peti-